IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01920-MJW

REV BRANDON BAKER,

Plaintiff,

v.

CITY OF LOVELAND,
LOVELAND POLICE DEPT.,
LOVELAND POLICE LT RICK ARNOLD, in official and individual capacity,
LOVELAND POLICE SGT. JEFF PYLE, in official and individual capacity,
LOVELAND POLICE OFFICER ANDRES SALAZAR, in official and individual capacity,
and
LARIMER COUNTY DA GORDON MCLAUGHLIN, in official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the defendants' Motion for Extension of Time to File a Responsive Pleading (Docket No. 6) is granted as follows.  This case, including defendants' time to answer or otherwise respond to the Complaint in this action, is stayed pending a ruling on the motion to consolidate that has been filed in 15-cv-01864-GPG.

Date: September 18, 2015